KATHRYN ELIZABETH DOBEL, State Bar No. 85530
LAW OFFICE OF KATHRYN E. DOBEL
2026 Delaware Street
Berkeley, California 94709
Phone: (510) 548-2004
Facsimile: (510) 843-0833
Email: spedlaw@comcast.net

Attorney for Plaintiffs

ELIZABETH A. ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384

Attorneys for Defendant

**E-filed 4/27/06**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of | Case No. C05 4618 JF |
| SM, by his parents SUNIL MENON and BINDU MENON and SUNIL MENON and BINDU MENON, individually<br><br>Plaintiffs,<br><br>v.<br><br>CUPERTINO UNION SCHOOL DISTRICT<br><br>Defendant. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DATE FOR DEFENDANT TO REPLY TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND TO SUPPLEMENT THE RECORD<br><br><br>Date: June 2, 2006<br>Time: 9:00a.m.<br>Dept.: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy Fogel<br>First paper filed: November 10, 2005 |

On Friday April 21, 2006, at or shortly after 4:30p.m. Kathryn Dobel's staff attempted to e-file SM's Motion to Conduct Discovery and to Supplement the Record and supporting declarations and Memorandum of Points and Authorities, scheduled for hearing on June 2, 2006. Staff had experienced difficulty with online service earlier in the day and had not been able to check the e-filing page before 4:30 p.m.  When staff attempted to log onto the ECF/Pacer website at or shortly after 4:30 p.m., staff discovered that the system was shut down through Sunday evening and that documents could not be filed.  By this time there was no possibility of driving to the San Jose Courthouse to hand-file the documents. Staff contacted Ms. Dobel who instructed staff to fax the Motion pleading immediately to Ms. Levine, counsel for defendants, so she could be served.  The document was erroneously faxed to Ms. Levine's previous business fax number.  Staff sent to the Court by Federal Express, to arrive Monday morning, April 24, 2006, the Court's "Chambers Copy" along with a letter to the filing clerk explaining the inability to e-file at 4:30 p.m.

Staff e-filed the Motion and related documents as early as possible after 9:00a.m. Monday, April 24, 2006 but experienced delays in the ECF/Pacer system processing the filings. Ms. Levine indicated that her office experienced similar delays in downloading the documents from the ECF/Pacer system until late in the afternoon on Monday.  This problem was noted on the ECF/Pacer system.

Due to the circumstances described above, the parties hereto, by and through their counsel of record, hereby stipulate that the date on which Defendant's Opposition to Plaintiffs' Motion to Supplement the Record shall be filed and served, previously scheduled for May 5, 2006, shall be set for May 9, 2006, with all other dates in the briefing schedule to remain the same as previously scheduled.

IT IS SO STIPULATED:

Dated: April 25, 2006

_____/s/_____
Kathryn E. Dobel
Attorney for Plaintiffs


_____/s/_____
MILLER BROWN & DANNIS
Amy R. Levine
Attorneys for Defendant


**ORDER**

Having considered the stipulation of the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED that the date on which Defendant's Opposition to Plaintiffs' Motion to Supplement the Record shall be filed and served, previously scheduled for May 5, 2006, shall be set for May 9, 2006.


Dated: April _27_, 2006                    _____
                                            HON. JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE