ELIZABETH A. ESTES, State Bar No. 173680
AMY R. LEVINE, State Bar No. 160743
MILLER BROWN & DANNIS
71 Stevenson Street, 19th Floor
San Francisco, CA  94105
Telephone:  (415) 543-4111
Facsimile:   (415) 543-4384

Attorneys for Cupertino Union School District

KATHRYN E. DOBEL
LAW OFFICES OF KATHRYN E. DOBEL
2026 Delaware Street
Berkeley, CA 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833

Attorneys for SM, by his parents Sunil Menon
and Bindu Menon and Sunil Menon and
Bindu Menon, individually

**E-filed 4/28/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM, by his parents SUNIL MENON and BINDU MENON and SUNIL MENON and BINDU MENON, individually,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CUPERTINO UNION SCHOOL DISTRICT<br><br>        Defendant. | Case No.  C 05 4618 JF/RS<br><br>**STIPULATION AND ORDER RE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD**<br><br>Hearing Date: June 2, 2006<br>Time:  9:00 a.m.<br>Department:  Courtroom 3, 5th Floor<br>Judge:  Hon. Jeremy Fogel |

    The parties hereto, by and through their counsel of record, hereby stipulate that the hearing date on Defendant's Motion for Judgment on the Pleadings and Plaintiffs' Motion to Supplement the Record, previously scheduled to be heard on May 26, 2006, shall be set for June 2, 2006, and the briefing

1

STIPULATION AND ORDER
RE HEARING DATE
AND BRIEFING SCHEDULE
C-05-4618 JF/RS

schedule on the respective motions shall be as follows:

**April 21, 2006:**   **Defendant's Motion for Judgment on the Pleadings and Plaintiffs' Motion to Supplement the Record shall be filed and served**

**May 5, 2006:**   **Oppositions to Motions shall be filed and served**

**May 12, 2006:**   **Replies to Oppositions shall be filed and served**

IT IS SO STIPULATED:

Dated: April 13, 2006

MILLER BROWN & DANNIS

/s/ Amy R. Levine
Amy R. Levine, Attorneys for
Cupertino Union school District

LAW OFFICES OF KATHRYN E. DOBEL

/s/ Kathryn E. Dobel
Kathryn E. Dobel
Attorneys for Plaintiffs SM, et al.

## **ORDER**

Having considered the stipulation of the parties herein, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date on Plaintiffs' Motion to Supplement the Record and Defendant's Motion for Judgment on the Pleadings is continued from May 26, 2006 to June 2, 2006, and the briefing schedule set forth in the parties' foregoing stipulation shall be adopted as the order of the court.

Dated: April 27, 2006

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER
RE HEARING DATE
AND BRIEFING SCHEDULE
C-05-4618 JF/RS