| | |
|---|---|
| KATHRYN ELIZABETH DOBEL {CSB #85530}<br>Law Office of Kathryn Dobel<br>2026 Delaware Street<br>Berkeley, California 94709<br>Telephone:  (510) 548-2004<br>Facsimile:  (510) 843-0833<br>Email: spedlaw@comcast.net | **E-filed 5/4/06** |

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM, by his parents<br>SUNIL MENON and BINDU MENON<br>and SUNIL MENON and BINDU MENON,<br>individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CUPERTINO UNION<br>SCHOOL DISTRICT,<br><br>Defendant.<br>_____/ | Case No. C05 4618 JF<br><br>STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO FILE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER<br><br>Date: June 2, 2006<br>Time: 9:00a.m.<br>Dept: Courtroom 3, 5th Floor<br>Judge: Honorable Jeremy Fogel<br>First Paper Filed: November 10, 2005 |

    WHEREAS the administrative record below has numerous references to S.M., a minor, referring to him by his full name, on almost every document contained therein, and

    WHEREAS the parties have agreed to protect S.M.'s privacy interests by stipulating to using a pseudonym to protect his identity,

    IT IS HEREBY STIPULATED by and between Plaintiffs SM, by his parents Sunil Menon and Bindu Menon and Sunil Menon and Bindu Menon, individually and Defendant Cupertino Union School District, by and through their counsel, that the administrative record in this action, as prepared by the Office of Administrative Hearings, is to be filed under seal and

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO FILE ADMINISTRATIVE RECORD UNDER SEAL; SM et al v. Cupertino Union School District; C05 4618 JF    1

lodged with the Clerk pursuant to Local Rule 79-5.  This record shall not appear on the public docket, in order to protect the privacy of S.M.

The aforementioned record consists of the following:

1. Transcripts of the Proceedings, Dated June 8, 14, 15, 16, 21, 22, 23, 2005
2. Pleadings, Correspondence and Orders (One Volume)
3. Student's Evidence (Four Volumes)
4. District's Evidence (One Volume)

The parties so agree, and the stipulation is hereby entered as an Order by this Court.

THE LAW OFFICE OF KATHRYN DOBEL

Dated: May 3, 2006     By: _____/s/_____
                           Kathryn E. Dobel, Esq.
                           Attorney for Plaintiffs

MILLER, BROWN & DANNIS

Dated: May 3, 2006     By: _____/s/_____
                           Amy R. Levine
                           Attorney for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 5/3/06 , 2006     _____
                           Honorable Jeremy Fogel
                           JUDGE, UNITED STATES DISTRICT COURT

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO FILE ADMINISTRATIVE RECORD UNDER SEAL; SM et al v. Cupertino Union School District; C05 4618 JF     2