**E-filed 6/15/06**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SM, by his parents SUNIL MENON and
BINDU MENON and SUNIL MENON and
BINDU MENON individually
     Plaintiff(s),

v.

CUPERTINO UNION SCHOOL DISTRICT

     Defendant(s).
_____/

CASE NO. C 05-4618 JF/RS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline on or before August 9, 2006

Dated: June 9, 2006          /s/ Kathryn E. Dobel
                Attorney for Plaintiff

Dated: June 9, 2006          /s/ Amy R. Levine
                Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓      Mediation
        Private ADR

Deadline for ADR session
        90 days from the date of this order.
✓      other   on or before August 9, 2006

IT IS SO ORDERED.

Dated: 6/14/06

~~UNITED STATES MAGISTRATE JUDGE~~
Jeremy Fogel United States District Court Judge