**E-filed 7/17/06**

KATHRYN ELIZABETH DOBEL CSB# 85530
Law Office of Kathryn Dobel
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
Email: spedlaw@comcast.net

Attorney for Plaintiffs

AMY R. LEVINE, CSB# 160743
Miller Brown & Dannis
71 Stevenson Street, 19th Floor
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384
Email: alevine@mbdlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM, by his parents SUNIL MENON and BINDU MENON and SUNIL MENON and BINDU MENON, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CUPERTINO UNION SCHOOL DISTRICT, <br><br> Defendant. | Case No. C05 4618 JF <br><br> STIPULATION AND [P~~ROPOSE~~D] ORDER RE CASE MANAGEMENT CONFERENCE <br><br> DATE: August 11, 2006 <br> TIME: 10:30 a.m. <br> COURTROOM 3, 5th Floor <br> JUDGE: Honorable Jeremy Fogel |

    As Kathryn Dobel is in hearing on August 11, 2006, and as the parties want to avoid the undue expense of preparing for the Case Management Conference before the mediation to be held on August 4, 2006, the parties hereto, by and through their counsel of record, hereby

stipulate that the Case Management Conference, previously scheduled for August 11, 2006, shall be set for August 25, 2006.

IT IS SO STIPULATED:

Dated: July 14, 2006

                    /s/
Kathryn E. Dobel, Esq.
Attorney for Plaintiffs


                    /s/
Amy R. Levine, Esq.
Attorneys for Defendant

## **ORDER**

Having considered the stipulation of the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference is continued from August 11, 2006 to August 25, 2006.

Dated: July  17, 2006

Hon. Jeremy Fogel
United States District Judge

Stipulation and [Proposed] Order Re Case Management Conference; C05 4618 JF            2