**E-filed 8/31/06**

KATHRYN ELIZABETH DOBEL {CSB #85530}
LAW OFFICE OF KATHRYN E. DOBEL
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
Email: spedlaw@comcast.net
Attorney for Plaintiffs

ELIZABETH A. ESTES {SBN 173680}
AMY R. LEVINE {SBN 160743}
ELIZABETH RHO-NG {SBN 213157}
MILLER BROWN & DANNIS
71 Stevenson Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 543-4111
Facsimile: (415) 543-4384
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM, by his parents SUNIL MENON and BINDU MENON and SUNIL MENON and BINDU MENON, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CUPERTINO UNION SCHOOL DISTRICT, <br><br> Defendant. | Case No. C05-4618 JF <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br><br> CMC Date: September 1, 2006 <br> CMC Time: 10:30 a.m. <br> Judge: Honorable Jeremy Fogel |

As settlement has been reached in the above referenced matter, and the parties need time to finalize the settlement language and receive District Board approval pending an upcoming Board meeting, the parties hereby stipulate that the September 1, 2006 Case Management Conference be continued to September 22, 2006. After the settlement language has been completed, signed by all parties, and approved by the Board, the parties will file a written request for dismissal of this case.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C05-4618 JF    1

Dated: _____    /s/
                                Kathryn E. Dobel
                                Attorney for Plaintiffs


Dated: _____    /s/
                                Amy R. Levine, Attorneys for Defendant
                                Cupertino Union School District

Having considered the stipulation of the parties herein, and good cause appearing therefore, IT IS HEREBY ORDERED that the September 1, 2006 Case Management Conference is continued to September 22, 2006.

Dated: 8/31/06    _____
                  Honorable Jeremy Fogel
                  United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; Case No. C05-4618 JF    2